AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>United States Postal Service Priority Mail parcel originating in VIctorville, California, identified by tracking number 9505 5126 9427 4099 7993 34 | )<br>)<br>)  Case No. MJ-24- 334 -SM<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Western_____ District of _____Oklahoma_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of a Controlled Substance with Intent to Distribute |

The application is based on these facts:
See attached Affidavit, which is incorporated by reference herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brandon X Johnson, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/12/24

*Judge's signature*

City and state: Oklahoma City, Oklahoma

Suzanne Mitchell, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH ) <br> OF UNITED STATES POSTAL ) <br> SERVICE PRIORITY MAIL PARCEL ) <br> ORIGINATING IN VICTORVILLE, ) <br> CALIFORNIA IDENTIFIED BY ) <br> TRACKING NUMBER 9505 5126 9427 ) <br> 4099 7993 34 ) | M-24- __334-SM__ <br> Filed Under Seal |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Brandon Johnson, being duly sworn, do hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer with the United States Postal Inspection Service (USPIS) and have been since September 2022. I am currently assigned to the Fort Worth Division of the USPIS domiciled in Oklahoma City, Oklahoma.

2. I am responsible for conducting investigations of crimes against the United States Mail in violation of federal law(s). My duties include the investigation of illegal mailings and the receipt of controlled substances, possession of which violates Title 21, United States Code, Sections 841(a)(1) and 846.

3. In addition to being assigned to USPIS, I have been employed as an agent with the Oklahoma State Bureau of Narcotics and Dangerous Drugs since December of 2018. Before beginning a career in law enforcement, I obtained my bachelor's degree from New Mexico State University in 2015 and my Juris Doctorate from the University of Denver-

Sturm College of Law in 2018. In 2019, your Affiant became a licensed attorney in the State of Colorado. During my employment with OBN, I have completed specialized training concerning the investigation of various drug offenses. I have received over one thousand (1000) CLEET accredited training hours throughout my career. Specifically, I have attended courses provided by the Drug Enforcement Administration (DEA), the U.S. Department of Justice and the Oklahoma Bureau of Narcotics. These courses include: NARC Assault and OBN's Two Week Investigators Course and additional courses sponsored by the Association of Oklahoma Narcotic Enforcers (A-ONE). I have personally participated in over one hundred (100) investigations of illegal drug activity. The nature of my participation includes surveillance, audio monitoring, search warrant execution and undercover operations. I have interviewed over seventy-five (75) individuals regarding the distribution and trafficking of illegal drugs. These investigations have led to the arrest and convictions of individuals involved in the trafficking and distribution of illegal drugs.

4. This Affidavit is based upon the Affiant's personal investigation and upon information received from other law enforcement officers and agents and may not be inclusive of all evidence or information available or of all facts known to me relative to this investigation. Rather, I have included facts which are necessary to establish probable cause that the parcel described herein contains controlled substances. This affidavit is made in support of an application for a search warrant to search and seize contraband, fruits, instrumentalities, and evidence of crimes against the United States in violation of 21 U.S.C. § 841(a)(1) from a United States Postal Service (USPS) Priority Mail parcel originating in the city of Victorville, California.

5.  It is more specifically described as a white USPS box, with outer dimensions measuring approximately 12.25"x 12"x 6" identified by USPS tracking number **9505 5126 9427 4099 7993 34** from Zip Code 92395, weighing approximately 5 pounds 10.2 ounces, postmarked April 08, 2024. The parcel's return address information was listed as "**Robert Anthony, 5775 E Santa Ana Canyon Rd, Anaheim Hills, CA 92807**" The parcel's addressee was listed as "**B Liddo, 609 S 9th ST, Clinton, OK 73601**" The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma City, Oklahoma.

6.  I am aware through training and experience, as well as information from other Postal Inspectors with extensive experience in drug trafficking investigations, that the United States Mail is a common and preferred method for drug traffickers to ship their product. United States Priority Mail Express and Priority Mail are frequently used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases. Use of the United States Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

7.  I am also aware that drug traffickers often use fictitious return addresses and names on return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers. While handwritten labels are a consistent part of a known drug profile to screen mail packages for narcotics proceeds and/or controlled substances, in October 2022, the USPS implemented a new process in which Priority Mail Express parcels may utilize a computer-generated label accepted and affixed at retail locations to better optimize delivery service. If utilized, the mailer provides a return, a delivery name,

and address information to the USPS employee at the retail location. A label is then created, affixed to the mail piece, and introduced into the US Mail Stream. The information provided by the customer may still be fictitious and/or incomplete which is also a consistent part of the known drug profile to screen mail packages for narcotics proceeds and/or controlled substances.

8. Traffickers normally use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents to interfere with any drug detection canine's ability to detect the drugs. It is common for traffickers to mail parcels from a different post office than the one located in the zip code area used on the return address, also to avoid detection of fictitious information.

**PROBABLE CAUSE**

9. On April 9, 2024, while analyzing United States Postal Service Records investigators located Priority Mail Parcel Tracking Number: **9505 5126 9427 4099 7993 34**, a parcel originating in Victorville, California, weighing 5 pounds 10 ounces, and paid for in cash.

10. Utilizing the tracking number, I located a picture of the handwritten label and observed the parcels return address listed as **"Robert Anthony, 5775 E Santa Ana Canyon Rd, Anaheim Hills, CA 92807"** The parcel's addressee was listed as **"B Liddo, 609 S 9th ST, Clinton OK 73601"** The packaging of the parcel consisted of a white cardboard box with clear packaging tape on the seams.

11. I researched the label and conducted follow up reviews of the parcel's information. I conducted computer database address verifications on the parcel. While multiple databases indicated the return address of **5775 E Santa Ana Canyon Rd, Anaheim Hills, CA 92807**, was valid address, I was unable to associate **"Robert Anthony"** with the address.

Furthermore, open-source databases indicate the address is "Reunion Kitchen & Drink," a dining establishment. Through training and experience, I know that legitimate establishments do not often use cash or handwritten labels when mailing items.

12. Upon closer inspection, I noticed the listed return address included a return address based out of **Anaheim, California 92807** despite being mailed from **Victorville, California 92395**. According to USPS.com, there are over fifty post offices between Anaheim and Victorville, California, that would have been more convenient to mail a legitimate parcel from.

13. I then conducted database verification searches on the listed recipient, "**B Liddo**" and the parcel's listed destination address: **609 S 9th, Clinton, Oklahoma, 73601**. While online databases recognized the address as being legitimate, I was unable to associate "**B Liddo**" with the residence nor state of Oklahoma, using Accurint and CLEAR.

14. On April 10, 2024, at approximately 1020 hours, I traveled to the USPS Processing and Distribution Center (P&DC), took possession of the parcel, immediately transported it to the Oklahoma City USPIS Domicile, and placed the parcel in a secure location.

15. On April 10, 2024, at 1130 hours, a free air scan of the parcels was conducted by Oklahoma Bureau of Narcotics Agent C. Gentry and her K9, "Trixie." Agent Gentry and her K9 drug detection dog, "Trixie," are a Certified Controlled Dangerous Substance Detector Team by the State of Oklahoma's Council on Law Enforcement Education and have been since 2022 (CLEET Number K9-22-3786 ). Trixie is trained and certified in the detection of marijuana, heroin, methamphetamine, and cocaine. During the free air scan, I placed the subject parcel on the ground along with ten (10) control parcels. At approximately 1131 hours, Agent Gentry advised Trixie gave a positive alert on the suspect

parcel. Trixie's positive alert on the parcel was an indication of the presence of an odor of a controlled substance. Nika only alerted to the suspect parcel.

16. As a result of the of the indicators associated with the label, the positive alert on the parcel, I believe USPS Priority Mail Tracking Number: **9505 5126 9427 4099 7993 34** contains a controlled substance.

## AUTHORIZATION REQUESTS

17. Based on the foregoing, I believe there is evidence to show this parcel, as described in paragraph four, was sent via the United States Postal Service in violation of 21 U.S.C. § 841(a)(1), and I respectfully request a warrant be issued authorizing the United States Postal Inspection Service to search and seize the parcel as described in Attachment A for the items described in Attachment B.

Brandon X Johnson  
Task Force Officer  
United States Postal Inspection Service

Sworn and subscribed to before me this ____ day of April 2024.

Suzanne Mitchell  
United States Magistrate Judge  
Western District of Oklahoma

6

# ATTACHMENT "A"

It is more specifically described as a white USPS box, with outer dimensions measuring approximately 12.25"x 12"x 6" identified by USPS tracking number **9505 5126 9427 4099 7993 34** from Zip Code 92395, weighing approximately 5 pounds 10.2 ounces, postmarked April 08, 2024. The parcel's return address information was listed as "**Robert Anthony, 5775 E Santa Ana Canyon Rd, Anaheim Hills, CA 92807**" The parcel's addressee was listed as "**B Liddo, 609 S 9th ST, Clinton, OK 73601**" The parcel is currently located at the United States Postal Inspection Service Domicile in Oklahoma City, Oklahoma.



## ATTACHMENT "B"

1. Any controlled substances, as defined in 21 U.S.C. 812, as well as items of dominion or control inside the parcel;
2. The parcel's outer packaging;
3. Any correspondence, writings, including records and logs of monies owed, customer lists, sources of supply information to include drug shipments or accounts receivable in any medium such as written and/or electronic contained in the parcel;
4. Any financial instruments, including U.S. currency, contained in the parcel which relates to the sale, transfer, mailing, or distribution of controlled substances;
5. Any drug paraphernalia used to facilitate drug distribution; and
6. Any evidence constituting ownership and intent to possess controlled substances.